IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WENDY KRAMMES, | : | |
| | : | Case No. 3:23-cv-54-SLH |
| | : | |
| Plaintiff, | : | Judge Stephanie L. Haines |
| v. | : | Mag. Judge Maureen Kelly |
| | : | |
| STUDENT HEALTH SERVICES, THE PENNSYLVANIA STATE UNIVERSITY, | : | Complaint filed: 3/28/2023 |
| | : | |
| | : | *Electronically filed* |
| | : | |
| | : | |
| Defendant. | | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by the parties hereto that any and all claims in the above-entitled action are hereby dismissed with prejudice. Each party shall bear its own costs.

By: */s/Rachel L. McElroy*
    Rachel L. McElroy, Esquire
    Pa. I.D. No. 321624
    rachel@mcelroylawfirm.com
    McElroy Law Firm, LLC
    960 Penn Avenue, #1001
    Pittsburgh, PA 15222
    (412) 620-8735
    Attorneys for Plaintiff

Dated: December 20, 2024

By: */s/Philip K. Miles*
    Philip K. Miles III, Esquire
    Pa. I.D. No. 209425
    pkmiles@mqblaw.com
    McQuaide Blasko, Inc.
    811 University Drive
    State College, PA 16801
    (814) 235-2222
    Attorneys for Defendant

Dated: December 17, 2024