IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WENDY KRAMMES, | : | |
| | : | Case No. 3:23-cv-54-SLH |
| | : | |
| Plaintiff, | : | Judge Stephanie L. Haines |
| v. | : | Mag. Judge Maureen Kelly |
| | : | |
| STUDENT HEALTH | : | Complaint filed: 3/28/2023 |
| SERVICES, THE | : | |
| PENNSYLVANIA STATE | : | ***Electronically filed*** |
| UNIVERSITY, | : | |
| | : | |
| Defendant. | | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by the parties hereto that any and all claims in the above-entitled action are hereby dismissed with prejudice. Each party shall bear its own costs.

By: */s/Rachel L. McElroy*
   Rachel L. McElroy, Esquire
   Pa. I.D. No. 321624
   rachel@mcelroylawfirm.com
   McElroy Law Firm, LLC
   960 Penn Avenue, #1001
   Pittsburgh, PA 15222
   (412) 620-8735
   Attorneys for Plaintiff

Dated: December 20, 2024

By: */s/Philip K. Miles*
   Philip K. Miles III, Esquire
   Pa. I.D. No. 209425
   pkmiles@mqblaw.com
   McQuaide Blasko, Inc.
   811 University Drive
   State College, PA 16801
   (814) 235-2222
   Attorneys for Defendant

Dated: December 17, 2024

AND NOW, this __30th__ ,
day of __December__, 20 __24__ ,
IT IS SO ORDERED.
_[signature]_
UNITED STATES DISTRICT JUDGE